# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TONY VINCE GARCIA ET AL., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BOWIE-CASS ELECTRIC § <br> COOPERATIVE, INC. ET AL., § <br> § <br> Defendants. § | Case No. 2:14-cv-876-JRG-RSP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The issues in this action have been disposed of by settlement between the parties.

Now, on motion of Jeffrey O. Marshall, attorney for Defendants Bowie-Cass Electric Cooperative, Inc. and Shawn McCoy Henderson and with the consent of J.P. Longacre, attorney for Plaintiffs Tony Vince Garcia and Shawn Gibson Trucking, LLC it is

Ordered that the within claims be dismissed and the causes sued upon or which could have been sued upon be forever barred, with prejudice

**SIGNED this 14th day of March, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE